AMERICAN PRODUCTS COMPANY, a Michigan Corporation, v. AMERICAN PRODUCTS COMPANY, an Ohio Corporation.

No. 5876.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1932.

See, also, 42 F.(2d) 488.

1052

Henry Wunsch and Edw. F. Wunsch, both of Detroit, Mich., for appellant.

Murray & Zugelter, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.